No. 04-97-00990-CV



Richard P. SEIB, Trustee of Lexington Trust,


Appellant



v.



OSBORNE OIL COMPANY, Gypsy Production Company, 


and Marie Capparelli, Executor of the Estate of Wallace Page, Deceased,


Appellees



From the 293rd Judicial District Court, Maverick County, Texas


Trial Court Nos. 9607, 9607-A & 9607-B


Honorable James E. Barlow, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice 


Delivered and Filed: September 16, 1998


DISMISSED


 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service
to appellees, and the appellees have not filed any opposition to the motion. Therefore, we grant the
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of appeal are taxed against
appellant.

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions